1  MICHAEL E. MOSS  63408
   HENRY Y. CHIU  222927
2  MOSS, TUCKER, CHIU, HEBESHA & WARD PC
   5260 North Palm Avenue, Suite 205
3  Fresno, California  93704
   Telephone:  (559) 436-3847
4  Facsimile:   (559) 472-9892

5  Attorneys for Plaintiffs

6  JUSTIN D. HARRIS  199112
   MOTSCHIEDLER, MICHAELIDES ET AL.
7  1690 West Shaw Avenue, Suite 200
   Fresno, California 93711
8  Telephone:  (559) 439-4000
   Facsimile:   (559) 439-5654
9
   Attorney for Defendants
10

11

12                     **UNITED STATES DISTRICT COURT**

13                 **EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION**

14                                  * * *

15  BOARDS OF TRUSTEES OF THE                 Case No.  1:13-CV-01660-AWI-MJS
    ROOFERS LOCAL 27 HEALTH AND
16  WELFARE TRUST FUND, NATIONAL
    ROOFING INDUSTRY PENSION PLAN,            **STIPULATION AND ORDER FOR**
17  ROOFERS LOCAL 27, FRESNO ROOFING          **PLAINTIFFS TO FILE FIRST**
    CONTRACTORS VACATION FUND, and            **AMENDED COMPLAINT**
18  ROOFERS LOCAL 27 APPRENTICESHIP
    TRAINING FUND,
19
                    Plaintiffs,
20
           v.
21
    FRYER ROOFING CO., INC., a California
22  corporation; DAVID BRUCE FRYER;
    LEIGH ANN FRYER; INTERNATIONAL
23  FIDELITY INSURANCE COMPANY; and
    DOES 1 through 50, inclusive,
24
                    Defendants.
25

26

27

28

MOSS, TUCKER, CHIU,
HEBESHA & WARD PC
5260 N. PALM AVE., # 205
FRESNO, CA  93704

                                    1
                        STIPULATION AND ORDER FOR
                PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT

Plaintiffs Board of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, National Roofing Industry Pension Plan, Roofers Local 27, Fresno Roofing Contractors Vacation Fund and Roofers Local 27 Apprenticeship Training Fund (collectively, "Plaintiffs") and defendants Fryer Roofing Co. Inc., David Bruce Fryer, Leigh Ann Fryer and International Fidelity Insurance Company (collectively, "Defendants") hereby stipulate to the following:

### **STIPULATION**

1. The original Complaint on file herein seeks, among other things, delinquent fringe benefit contributions and related damages for the month of August 2013.

2. At the time the original Complaint was filed, the fringe benefit contributions for September 2013 and onward had not become due.

3. Plaintiffs contend that, at the present time, Fryer Roofing is likewise delinquent on its fringe benefit contributions for the months of September 2013, November 2013, December 2013 and January 2014.

4. Frye Roofing has procured a Contractors License Bond (Old Republic Surety Company Bond No. W150173418) with an effective date of October 16, 2013, which Plaintiffs contend covers some of the additional delinquent contributions.

5. Without any admission of liability on the parts of Defendants herein, the Parties agree that Plaintiffs shall be permitted to file a First Amended Complaint to add: (i) the additional delinquent fringe benefit contributions identified above, and the damages related thereto (e.g. liquidated damages and interest); and (ii) Old Republic Surety Company as an additional defendant.

The Parties therefore respectfully request that the Court issue an Order pursuant to this Stipulation, with a deadline of Friday, February 28, 2014, for Plaintiffs to file a First Amended Complaint comprising the additional allegations above.

Dated: February 21, 2014.                    MOSS, TUCKER, CHIU, HEBESHA & WARD

By ___*/s/ Henry Y. Chiu*___
HENRY Y. CHIU
Attorney for Plaintiffs

MOSS, TUCKER, CHIU, HEBESHA & WARD PC
5260 N. PALM AVE., # 205
FRESNO, CA 93704

Dated: February 21, 2014.          MOTSCHIEDLER, MICHAELIDES & WISHON

By   */s/Justin D. Harris*
    JUSTIN D. HARRIS
    Attorney for Defendants

### ORDER

For the reasons recited by the Parties in the Stipulation above, the Court hereby grants Plaintiffs leave to file a First Amended Complaint comprising the additional allegations identified above, to be filed by Friday, February 28, 2014.

IT IS SO ORDERED.

Dated:   February 21, 2014        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

8616.10-PLDG-Stip Amend 1