1  HENRY Y. CHIU  222927
   TUCKER, CHIU, HEBESHA & WARD PC
2  5260 North Palm Avenue, Suite 205
   Fresno, California  93704
3  Telephone:   (559) 436-3847
   Facsimile:    (559) 472-9892
4
   Attorneys for Plaintiffs
5
   JUSTIN D. HARRIS  199112
6  MOTSCHIEDLER, MICHAELIDES ET AL.
   1690 West Shaw Avenue, Suite 200
7  Fresno, California 93711
   Telephone:   (559) 439-4000
8  Facsimile:    (559) 439-5654
9  Attorney for Defendants
10
11              UNITED STATES DISTRICT COURT
12       EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION
13                         * * *
14  BOARDS OF TRUSTEES OF THE              Case No.  1:13-CV-01660-AWI-MJS
    ROOFERS LOCAL 27 HEALTH AND
15  WELFARE TRUST FUND, NATIONAL
    ROOFING INDUSTRY PENSION PLAN,        **STIPULATION AND ORDER FOR
16  ROOFERS LOCAL 27, FRESNO ROOFING      PLAINTIFFS TO FILE SECOND
    CONTRACTORS VACATION FUND, and        AMENDED COMPLAINT**
17  ROOFERS LOCAL 27 APPRENTICESHIP
    TRAINING FUND,
18
                   Plaintiffs,
19
          v.
20
    FRYER ROOFING CO., INC., a California
21  corporation; DAVID BRUCE FRYER;
    LEIGH ANN FRYER; INTERNATIONAL
22  FIDELITY INSURANCE COMPANY; and
    DOES 1 through 50, inclusive,
23
                   Defendants.
24
25
26        Plaintiffs Board of Trustees of the Roofers Local 27 Health and Welfare Trust Fund,
27  National Roofing Industry Pension Plan, Roofers Local 27, Fresno Roofing Contractors Vacation
28  Fund and Roofers Local 27 Apprenticeship Training Fund (collectively, "Plaintiffs") and

TUCKER, CHIU,
HEBESHA & WARD PC
5260 N. PALM AVE., STE. 205
FRESNO, CA  93704

defendants Fryer Roofing Co. Inc., David Bruce Fryer, Leigh Ann Fryer, International Fidelity Insurance Company and Old Republic Surety Company (collectively, "Defendants") hereby stipulate to the following:

## **STIPULATION**

1.      The First Amended Complaint on file herein seeks, among other things, delinquent fringe benefit contributions and related damages for the months of August 2013, September 2013, November 2013, December 2013 and January 2014.

2.      At the time the First Amended Complaint was filed, the fringe benefit contributions for February 2014 and onward had not become due.

3.      Plaintiffs contend that, at the present time, Fryer Roofing is likewise delinquent on its fringe benefit contributions for the months of February 2014, March 2014 and April 2014.

4.      Plaintiffs also wish to correct an omission, whereby the header of their Fourth Claim for Relief (Claim Upon Contractor's License Bond) omits defendant Old Republic Surety Company, although the body of the Claim expressly references that Defendant.

5.      Without any admission of liability on the parts of Defendants herein, the Parties agree that Plaintiffs shall be permitted to file a Second Amended Complaint, as described above.

The Parties therefore respectfully request that the Court issue an Order pursuant to this Stipulation, for Plaintiffs to file a Second Amended Complaint comprising the additional allegations above by July 31, 2014.

Dated: July 8, 2014.          TUCKER, CHIU, HEBESHA & WARD


By ____*/s/ Henry Y. Chiu*_____
HENRY Y. CHIU
Attorney for Plaintiffs


Dated: July 8, 2014.          MOTSCHIEDLER, MICHAELIDES & WISHON


By ____*/s/Justin D. Harris*_____
JUSTIN D. HARRIS
Attorney for Defendants

TUCKER, CHIU,
HEBESHA & WARD PC
5260 N. PALM AVE., STE. 205
FRESNO, CA  93704

2
STIPULATION AND ORDER FOR
PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT

1

## <u>ORDER</u>

2        For all of the reasons recited by the Parties in the Stipulation above, the Court hereby

3   grants Plaintiffs leave to file a Second Amended Complaint, as described above, by July 31,

4   2014.

5

6   IT IS SO ORDERED.

7

8        Dated:   July 18, 2014        /s/ *Michael J. Seng*

9                                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8616.10-PLDG-Stip Amend 2.doc