HENRY Y. CHIU  222927
TUCKER, CHIU, HEBESHA & WARD PC
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>FRYER ROOFING CO., INC., a California corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  1:13-CV-01660-AWI-MJS<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BY PLAINTIFF NATIONAL ROOFING INDUSTRY PENSION PLAN** |

Plaintiff Board of Trustees of the National Roofing Industry Pension Plan ("NRIPP"), defendants Fryer Roofing Co. Inc., David Bruce Fryer, Leigh Ann Fryer, International Fidelity Insurance Company and Old Republic (collectively, "Defendants") hereby stipulate, and request an order, as to the following:

1. that the Court dismiss NRIPP's claims against Defendants, *without* prejudice; and

2. that each of the stipulating parties is to bear its own costs and attorneys' fees incurred to date in this action.

This stipulation and requested order is between the NRIPP and Defendants only, and is *not* intended to affect the claims asserted by the other Plaintiffs against Defendants.

Dated: July 30, 2014.     TUCKER, CHIU HEBESHA & WARD
                          A Professional Corporation

                          By  */s/ Henry Y. Chiu*
                              HENRY Y. CHIU
                              Attorney for Plaintiffs

Dated: July 30, 2014.     MOTSCHIEDLER, MICHAELIDES, ET AL.
                          A Limited Liability Partnership

                          By  */s/ Justin D. Harris*
                              JUSTIN D. HARRIS
                              Attorney for Defendants

## **ORDER**

The above Stipulation is accepted and adopted by the Court.

The NRIPP's claims against Defendants are hereby dismissed, *without* prejudice, with the stipulating parties to bear their own respective costs and attorneys' fees incurred in litigation the claims between the stipulating parties.

Said dismissal shall not affect, in any way, any of the claims asserted by the remaining Plaintiffs against Defendants or their right, if any, to seek costs and attorney fees from one another.

IT IS SO ORDERED.

Dated:  July 30, 2014          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE