HENRY Y. CHIU  222927
TUCKER, CHIU, HEBESHA & WARD PC
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FRYER ROOFING CO., INC., a California corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:13-CV-01660-AWI-MJS<br><br>**STIPULATION AND ORDER TO DISMISS INTERNATIONAL FIDELITY INSURANCE COMPANY WITH PREJUDICE** |

Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund and Roofers Local 27 Apprenticeship Training Fund (collectively, "Plaintiffs")[1] and defendant International Fidelity Insurance Company ("IFIC") hereby stipulate, and request an order, as to the following:

///

---

[1] Former plaintiff National Roofing Industry Pension Plan previously dismissed its claims against all Defendants, and is therefore no longer a party to this action, or this Stipulation.

1.     that the Court dismiss IFIC from the present action, *with* prejudice; and

2.     that Plaintiffs and IFIC shall each bear its own costs and attorneys' fees incurred in litigating the claims with respect to one another.

This stipulation and requested order is between Plaintiffs and IFIC only, and is *not* intended to affect the claims asserted by Plaintiffs against the other Defendants, or any right of Plaintiffs or the other Defendants, if any, to seek costs and attorneys' fees from one another.

Dated: August 28, 2014.    TUCKER, CHIU HEBESHA & WARD
A Professional Corporation

By   */s/ Henry Y. Chiu*
      HENRY Y. CHIU
      Attorney for Plaintiffs

Dated: August 28, 2014.    MOTSCHIEDLER, MICHAELIDES, ET AL.
A Limited Liability Partnership

By   */s/ Justin D. Harris*
      JUSTIN D. HARRIS
      Attorney for IFIC

### **ORDER**

The above Stipulation is accepted and adopted by the Court.

Plaintiffs' claims against IFIC are hereby dismissed, *with* prejudice, with the stipulating parties to bear their own respective costs and attorneys' fees incurred in litigating the claims between themselves.

Said dismissal shall not affect, in any way, any of the claims asserted by Plaintiffs against the remaining Defendants, or their right of Plaintiffs or the other Defendants, if any, to seek costs and attorneys' fees from one another.

IT IS SO ORDERED.

Dated:   September 3, 2014      /s/ *Michael J. Seng*
      UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO DISMISS INTERNATIONAL FIDELITY INSURANCE COMPANY WITH PREJUDICE**