HENRY Y. CHIU  222927
TUCKER, CHIU, HEBESHA & WARD PC
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for Plaintiffs

JUSTIN D. HARRIS  199112
MOTSCHIEDLER, MICHAELIDES ET AL.
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone:   (559) 439-4000
Facsimile:    (559) 439-5654

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FRYER ROOFING CO., INC., a California corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:13-CV-01660-MJS<br><br>**STIPULATED JUDGMENT** |

///

///

///

Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund, and Roofers Local 27 Apprenticeship Training Fund (collectively, "Stipulating Plaintiffs")[1] and defendants Fryer Roofing Co., Inc., David Bruce Fryer and Leigh Ann Fryer (collectively, "Fryer Defendants") hereby stipulate, and request a judgment, as to the following:

1. Stipulating Plaintiffs and the Fryer Defendants entered into a written "Settlement Agreement Between Roofers Local 27 Trust Funds and Fryer Roofing Co., Inc. et al." ("Agreement") pertaining to the fringe benefit contributions and other charges at issue in the present action.

2. The Agreement provides, among other things, that the Fryer Defendants shall be jointly and severally liable for the following amounts, and that they shall remit said amounts to the Stipulating Plaintiffs pursuant to a certain payment schedule, and in a certain manner, described in the Agreement:

| | |
|---|---|
| Principal Fringe Benefit Contributions (August, September, November, December of 2013; January, February and March of 2014) | $114,698.41 |
| Liquidated Damages | $11,869.92 |
| Interest | $5,508.61 |
| Costs/Attorneys' Fees | $36,254.00 |
| Administration Services | $1,400.00 |
| Total | $169,730.94 |

3. The principal fringe benefit contributions, liquidated damages and interest above are based upon monthly contribution reports submitted by Fryer Roofing to the Stipulating Plaintiffs.

///

///

---

[1] Plaintiff National Roofing Industry Pension Plan is not a party to this Stipulated Judgment. Its claims against Defendants have been dismissed pursuant to a Stipulation and Order to Dismiss Claims between the NRIPP and Defendants.

4. The Fryer Defendants remitted $55,311.74 to Stipulating Plaintiffs subsequent to the execution of the Agreement. Said remittances were applied toward the above liabilities pursuant to the method stated in the Agreement, leaving an outstanding balance of $114,419.20 as of the date of this Stipulated Judgment.

5. The Agreement further provides that the Stipulating Plaintiffs shall have the right to audit Fryer Roofing's records for the months at issue, and collect all additional amounts determined to be owed.

6. The Agreement further provides that the Stipulating Plaintiffs shall not take any steps to enforce this Judgment so long as the Fryer Defendants fully comply with their obligations under the Agreement, and only after the requisite Notice of Breach has been provided, and the opportunity to cure has lapsed.

7. The Agreement further provides that the United States District Court, Eastern District of California, Fresno Division, shall retain jurisdiction to enforce the terms of the Agreement and this Judgment.

8. The Agreement further provides that the Parties expressly and irrevocably consent to the jurisdiction of the magistrate judge (to the extent they have not already done so), to issue this Judgment, and any findings or orders necessary to enforce the Agreement or Judgment.

9. Stipulating Plaintiffs and Defendants entered into a Stipulation and [Proposed] Order to Dismiss International Fidelity Insurance Company with Prejudice, which was submitted to the Court on August 29, 2014.

10. Defendant Old Republic Surety Company has indicated that it will disburse or interplead the bond proceeds applicable to the present action. Stipulating Plaintiffs are informed and believe that such disbursement or interpleader will exonerate Old Republic from liability herein, and will dismiss Old Republic accordingly at that time.

11. In the event it becomes necessary to enforce this Judgment, interest shall accrue on the Judgment amount at the seven percent (7%) per annum rate specified in the collective bargaining agreement. Stipulating Plaintiffs shall be entitled to recover all costs and attorneys' fees incurred by them in enforcing this Judgment.

TUCKER, CHIU, HEBESHA & WARD PC
5260 N. PALM AVE., STE. 205
FRESNO, CA 93704

3
STIPULATED JUDGMENT

Dated: September  12 , 2014.   FRYER ROOFING CO., INC.

By  */s/ David Bruce Fryer*
      David Bruce Fryer, CEO

Dated: September  12 , 2014.   DAVID BRUCE FRYER

By  */s/ David Bruce Fryer*
      David Bruce Fryer, Individually

Dated: September  11 , 2014.   LEIGH ANN FRYER

By  */s/ Leigh Ann Fryer*
      Leigh Ann Fryer, Individually

Dated: September  16 , 2014.   ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND

By  */s/ Dario Sifuentes*
      Dario Sifuentes, Trustee

Dated: September  16 , 2014.   ROOFERS LOCAL 27

By  */s/ Dario Sifuentes*
      Dario Sifuentes, Business Manager

Dated: September  16 , 2014.   FRESNO ROOFING CONTRACTORS VACATION FUND

By  */s/ Dario Sifuentes*
      Dario Sifuentes, Trustee

[Signatures continue on following page.]

///

///

TUCKER, CHIU, HEBESHA & WARD PC
5260 N. PALM AVE., STE. 205
FRESNO, CA  93704

4
**STIPULATED JUDGMENT**

Dated:  September  16  , 2014.    ROOFERS LOCAL 27 APPRENTICESHIP
TRAINING FUND


By  */s/ Dario Sifuentes*
      Dario Sifuentes, Trustee




*Approved as to Form and Content:*

Dated:  September  16  , 2014.    TUCKER, CHIU HEBESHA & WARD
A Professional Corporation


By  */s/ Henry Y. Chiu*
      HENRY Y. CHIU
      Attorney for Stipulating Plaintiffs


Dated: September  13  , 2014.    MOTSCHIEDLER, MICHAELIDES, ET AL.
A Limited Liability Partnership


By  */s/ Justin D. Harris*
      JUSTIN D. HARRIS
      Attorney for Defendants


[Judgment on following page.]

///

///

///

///

///

///

///

///

///

TUCKER, CHIU,
HEBESHA & WARD PC
5260 N. PALM AVE., STE. 205
FRESNO, CA 93704

# JUDGMENT

Judgment is hereby entered in Case No. 1:13-CV-01660-MJS in favor of plaintiffs Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund and Roofers Local 27 Apprenticeship Training Fund (the "Stipulating Plaintiffs" above), and against defendants Fryer Roofing Co., Inc., David Bruce Fryer and Leigh Ann Fryer (the "Fryer Defendants" above), jointly and severally, in the total amount of $114,419.20.

As acknowledged by the Parties in the Stipulation above, the Agreement and the amount of this Judgment are based upon contribution reports submitted by Fryer Roofing to the Stipulating Plaintiffs. As such, the Stipulating Plaintiffs shall retain the right to audit the records of Fryer Roofing for the months at issue, and seek through stipulation or the Court to amend this judgment and recover additional amounts, if any, shown to be owed.

In the event it becomes necessary for Stipulating Plaintiffs to enforce this Judgment, they shall further be entitled to interest upon the Judgment amount at seven percent (7%) per annum, and all costs and attorneys' fees incurred by them to do so.

This case will be closed administratively, but the Court shall retain jurisdiction to enforce the Agreement and this Judgment.

IT IS SO ORDERED.

Dated:   September 18, 2014               /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

G:\8616.10-PLDG-Judgment [2014-09-03].doc

TUCKER, CHIU, HEBESHA & WARD PC
5260 N. Palm Ave., Ste. 205
Fresno, CA  93704