1  HENRY Y. CHIU  222927
   TUCKER, CHIU, HEBESHA & WARD PC
2  642 Pollasky Avenue, Suite 230
   Clovis, California 93612
3  Telephone: (559) 472-9922
   Facsimile:  (559) 472-9892
4
   Attorneys for Plaintiffs
5

6

7                      **UNITED STATES DISTRICT COURT**

8            **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

9                                    \* \* \*

10 BOARDS OF TRUSTEES OF THE          )    Case No.  1:13-CV-01660-AWI-MJS
   ROOFERS LOCAL 27 HEALTH AND        )
11 WELFARE TRUST FUND, NATIONAL       )
   ROOFING INDUSTRY PENSION PLAN,     )
12 ROOFERS LOCAL 27, FRESNO           )    **STIPULATION AND ORDER TO**
   ROOFING CONTRACTORS VACATION       )    **DISMISS OLD REPUBLIC SURETY**
13 FUND, and ROOFERS LOCAL 27         )    **COMPANY WITH PREJUDICE**
   APPRENTICESHIP TRAINING FUND,      )
14                                    )
                   Plaintiffs,        )
15                                    )
          v.                          )
16                                    )
   FRYER ROOFING CO., INC., a California )
17 corporation; DAVID BRUCE FRYER;    )
   LEIGH ANN FRYER; INTERNATIONAL     )
18 FIDELITY INSURANCE COMPANY;        )
   and DOES 1 through 50, inclusive,  )
19                                    )
                   Defendants.        )
20 _____ )

21

22        Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund,

23 Roofers Local 27, Fresno Roofing Contractors Vacation Fund and Roofers Local 27

24 Apprenticeship Training Fund (collectively, "Plaintiffs")[1] and defendant Old Republic Surety

25 Company ("Old Republic," referred to as DOE 41 in the original Complaint) hereby stipulate,

26 and request an order, as to the following:

27 _____

28 [1] Former plaintiff National Roofing Industry Pension Plan previously dismissed its claims
   against all Defendants, and is therefore no longer a party to this action, or this Stipulation.

TUCKER, CHIU,
HEBESHA & WARD PC
642 POLLASKY AVE., #230
CLOVIS, CA 93612

                                          1
   **STIPULATION AND ORDER TO DISMISS OLD REPUBLIC SURETY COMPANY WITH PREJUDICE**

1.     that the Court dismiss Old Republic from the present action, *with* prejudice; and

2.     that Plaintiffs and Old Republic shall each bear its own costs and attorneys' fees incurred in litigating the claims with respect to one another.

This stipulation and requested order is between Plaintiffs and Old Republic only, and is *not* intended to affect the claims asserted by Plaintiffs against the other Defendants, or any right of Plaintiffs or the other Defendants, if any, to seek costs and attorneys' fees from one another.

Dated:  October 9, 2014.     TUCKER, CHIU HEBESHA & WARD
A Professional Corporation


By    */s/ Henry Y. Chiu*
         HENRY Y. CHIU
         Attorney for Plaintiffs


Dated: October 9, 2014.     MOTSCHIEDLER, MICHAELIDES, ET AL.
A Limited Liability Partnership


By    */s/ Justin D. Harris*
         JUSTIN D. HARRIS
         Attorney for Old Republic


## **ORDER**

The above Stipulation is accepted and adopted by the Court.

Plaintiffs' claims against Old Republic are hereby dismissed, *with* prejudice, with the stipulating parties to bear their own respective costs and attorneys' fees incurred in litigating the claims between themselves.

Said dismissal shall not affect, in any way, any of the claims asserted by Plaintiffs against the remaining Defendants, or their right of Plaintiffs or the other Defendants, if any, to seek costs and attorneys' fees from one another.


IT IS SO ORDERED.


Dated:   October 28, 2014      /s/ *Michael J. Seng*

                     UNITED STATES MAGISTRATE JUDGE

TUCKER, CHIU,
HEBESHA & WARD PC
642 POLLASKY AVE., #230
CLOVIS, CA 93612

2

STIPULATION AND ORDER TO DISMISS OLD REPUBLIC SURETY COMPANY WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TUCKER, CHIU,
HEBESHA & WARD PC
642 POLLASKY AVE., #230
CLOVIS, CA  93612

STIPULATION AND ORDER TO DISMISS OLD REPUBLIC SURETY COMPANY WITH PREJUDICE