HENRY Y. CHIU  222927
TUCKER, CHIU, HEBESHA & WARD PC
642 Pollasky Avenue, Suite 230
Clovis, California 93612
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for Plaintiffs

JUSTIN D. HARRIS  199112
MOTSCHIEDLER, MICHAELIDES ET AL.
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone:   (559) 439-4000
Facsimile:    (559) 439-5654

Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

* * *

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>FRYER ROOFING CO., INC., a California corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  1:13-CV-01660-AWI-MJS<br><br>**STIPULATED AMENDED JUDGMENT** |

///

///

///

---

1

**STIPULATED AMENDED JUDGMENT**

Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund, and Roofers Local 27 Apprenticeship Training Fund (collectively, "Stipulating Plaintiffs"),[1] and defendants Fryer Roofing Co., Inc., David Bruce Fryer and Leigh Ann Fryer (collectively, "Fryer Defendants") hereby stipulate, and request an amended judgment, as to the following:

1.  Stipulating Plaintiffs and the Fryer Defendants entered into a written "Settlement Agreement Between Roofers Local 27 Trust Funds and Fryer Roofing Co., Inc. et al." ("Agreement") pertaining to the fringe benefit contributions and other charges at issue herein.

2.  The Stipulating Plaintiffs and Fryer Defendants further entered into a Stipulated Judgment as part of said Agreement. The Court issued an Order on September 18, 2014, entering said Judgment, and retaining jurisdiction to enforce the Agreement and Judgment.

3.  The Fryer Defendants, or others on their behalves, have made certain payments totaling $136,812.14 toward the Judgment amount, leaving a remainder of $32,918.80. However, additional interest and liquidated damages have accrued, and the Stipulating Plaintiffs have incurred additional costs and attorneys' fees in their efforts to enforce the Agreement and Judgment as a result of the Fryer Defendants' breach of the Agreement.

4.  The Parties have entered into a written "Amendment to Settlement Agreement Between Roofers Local 27 Trust Funds and Fryer Roofing Co., Inc. et al." ("Amendment") to reflect the additional interest, liquidated damages, costs and attorneys' fees. The Amendment provides, among other things, that the Parties will stipulate to amend the Stipulated Judgment, by way of this Stipulated Amended Judgment ("Amended Judgment"), to include those additional charges, which the Parties stipulate to be as follows:

///

///

///

---

[1] Plaintiff National Roofing Industry Pension Plan is not a party to this Amended Judgment. Its claims against Defendants have been dismissed pursuant to a Stipulation and Order to Dismiss Claims between the NRIPP and Defendants.

TUCKER, CHIU, HEBESHA & WARD PC
642 POLLASKY AVE., STE. 230
CLOVIS, CA 93612

| | |
|---|---:|
| Prior Remaining Amount Due | $32,918.80 |
| Interest (Oct-Dec 2014 Fringes) | $525.27 |
| Liquidated Damages (Oct-Dec 2014 Fringes) | $6,392.54 |
| Post-Agreement Costs and Attorneys' Fees | <u>$37,044.00</u> |
| New Amount Due | $76,880.61 |

5.   The Amendment further provides that the United States District Court, Eastern District of California, Fresno Division, shall continue to retain jurisdiction to enforce the terms of the Agreement, Amendment and this Amended Judgment.

6.   The Amendment further provides that the Parties expressly and irrevocably consent to the further jurisdiction of the magistrate judge to enter this Amended Judgment, and to issue any findings or orders necessary to enforce the Amendment or Amended Judgment.

7.   In the event it becomes necessary to enforce this Amended Judgment, interest shall accrue on the Judgment amount at the seven percent (7%) per annum rate specified in the collective bargaining agreement. Stipulating Plaintiffs shall be entitled to recover all costs and attorneys' fees incurred by them in enforcing this Amended Judgment.

Dated: February __6__, 2015.    FRYER ROOFING CO., INC.

By  */s/ David Bruce Fryer*
     David Bruce Fryer, CEO

Dated: February __6__, 2015.    DAVID BRUCE FRYER

By  */s/ David Bruce Fryer*
     David Bruce Fryer, Individually

Dated: February __6__, 2015.    LEIGH ANN FRYER

By  */s/ Leigh Ann Fryer*
     Leigh Ann Fryer, Individually

///

Dated: February __12__, 2015.    ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND

By  */s/ Dario Sifuentes*
       Dario Sifuentes, Trustee

Dated: February __12__, 2015.    ROOFERS LOCAL 27

By  */s/ Dario Sifuentes*
       Dario Sifuentes, Business Manager

Dated: February __12__, 2015.    FRESNO ROOFING CONTRACTORS VACATION FUND

By  */s/ Dario Sifuentes*
       Dario Sifuentes, Trustee

Dated: February __12__, 2015.    ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND

By  */s/ Dario Sifuentes*
       Dario Sifuentes, Trustee

*Approved as to Form and Content:*

Dated: February __6__, 2015.    MOTSCHIEDLER, MICHAELIDES, ET AL.
A Limited Liability Partnership

By  */s/ Justin D. Harris*
       JUSTIN D. HARRIS
       Attorney for Defendants

Dated: February __12__, 2015.    TUCKER, CHIU HEBESHA & WARD
A Professional Corporation

By  */s/ Henry Y. Chiu*
       HENRY Y. CHIU
       Attorney for Stipulating Plaintiffs

TUCKER, CHIU, HEBESHA & WARD PC
642 POLLASKY AVE., STE. 230
CLOVIS, CA 93612

4
**STIPULATED AMENDED JUDGMENT**

**JUDGMENT**

The Judgment previously entered in Case No. 1:13-CV-01660-AWI-MJS in favor of plaintiffs Roofers Local 27 Health and Welfare Trust Fund, Roofers Local 27, Fresno Roofing Contractors Vacation Fund and Roofers Local 27 Apprenticeship Training Fund (the "Stipulating Plaintiffs" above), and against defendants Fryer Roofing Co., Inc., David Bruce Fryer and Leigh Ann Fryer (the "Fryer Defendants" above), jointly and severally, is hereby amended to the amount of $76,880.61.

As acknowledged, and stipulated to, by the Parties in the Stipulation above, this amended amount judgment reflects: certain payments made by, or on behalf of, the Fryer Defendants; additional accrued interest and liquidated damages; and additional costs and attorneys' fees incurred by the Stipulating Plaintiffs in their efforts to enforce the Agreement and Judgment as a result of the Fryer Defendants' breach of the Agreement.

In the event it becomes necessary for Stipulating Plaintiffs to enforce this Amended Judgment, they shall further be entitled to interest upon the Amended Judgment amount at seven percent (7%) per annum, and all costs and attorneys' fees incurred by them to do so.

This Court shall retain jurisdiction to enforce the Agreement, Amendment and this Amended Judgment.

IT IS SO ORDERED.

Dated:   February 17, 2015         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE